**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR-07-383-PHX-MHM |
| Plaintiff, ) | |
| vs. ) | |
| Colleen Bridget Spence, ) | **ORDER** |
| Defendant. ) | |

A pretrial revocation hearing was held on August 10, 2007 on Pretrial Services' Petition for Action on Conditions of Pretrial Release alleging violation of release conditions.

The Court **FINDS** that Defendant knowingly, intelligently, and voluntarily waives her right to a pretrial revocation hearing pursuant to Title 18 U.S.C. § 3148.

The Court **FURTHER FINDS** by clear and convincing evidence that Defendant has, among others, violated the terms and conditions of her release, *viz.*, Defendant shall immediately advise the court, defense counsel, and the United States Attorney in writing of change in address/telephone number.

The Court **FURTHER FINDS** that there is probable cause to believe that the Defendant committed the crime of Unauthorized Use of an Access Device, a Class C felony, while on pretrial release in violation of 18 U.S.C. § 1029(a)(2) as the sentence may be enhanced by 18 U.S.C. § 3147.

1    The Court **FURTHER FINDS** that it is unlikely that Defendant will abide
2 by all conditions of release if released from custody.
3    The Court **FURTHER FINDS** by a preponderance of the evidence that
4 Defendant is a serious flight risk and that no condition of combination of conditions would
5 reasonably assure her appearance were she to be released
6    **IT IS ORDERED** that the Defendant shall be detained as a serious flight risk
7 and a financial danger to the community pending further order of the Court.
8    **IT IS FURTHER ORDERED** that Defendant's oral motion that Defendant
9 be screened for acceptance into a residential treatment facility is **DENIED** without prejudice.
10   DATED this 10th day of August, 2007.

*[Signature]*
Lawrence O. Anderson
United States Magistrate Judge